# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONTAVIOUS CRADDOCK, individually and on behalf of all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : 1:15-CV-04031-TWT : |
| I BELIEVE THIS IS IT, INC., A & N INVESTMENT, LLC, | : : : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Dontavious Craddock and hereby stipulates that Defendants have paid in full and without compromise all amounts allegedly owed to him for overtime wages, liquidated damages, attorney's fees, and costs under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* as prayed in his Complaint. Moreover, the payment of any attorney's fees to the Plaintiff's attorneys had no bearing on and was separately negotiated from the wages to be paid and received by Plaintiff Craddock in this case.

In FLSA cases where there is no compromise and the employee/plaintiff is paid 100% of the wages allegedly owed, there is nothing for the court to scrutinize and the matter can be dismissed with prejudice without further inquiry. See

Lynn's Food Stores, Inc. v. U.S. Dept. of Labor, 679 F.2d 1350, 1354 (11th Cir. 1982)("Where the plaintiff does not compromise his/her claim, the settlement is necessarily a 'fair and reasonable resolution of a bona fide dispute over FLSA provisions.'"); see also Fleurimond v. All Stars Servs., LLC, 2008 U.S. Dist. LEXIS 53516 (M.D. Fla., July 15, 2008)(adopting U.S. Magistrate Judge Report and Recommendation citing Lynn's Food and approving stipulation of dismissal where plaintiff received full compensation alleged due on FLSA claim); Bonetti v. Embarq Mgmt. Co., 2009 U.S. Dist. LEXIS 68075 (M.D. Fla., Aug. 4, 2009)(where parties represent that the plaintiff's attorneys' fee was agreed upon separately and without regard to the amount paid to the plaintiff and no reason to believe that the plaintiff's recovery was adversely affected by the amount of fees paid to his attorney, court will approve settlement without separately considering the reasonableness of the fee to be paid to plaintiff's counsel).

Whereas no other plaintiffs have elected to opt-in to this action and no class has been certified, Plaintiff Dontavious Craddock and Defendants I Believe This Is It, Inc., and A &N Investment, LLC, by and through counsel, hereby jointly stipulate to the dismissal of Plaintiff's Complaint WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

This 4th day of April, 2016.

| FELDMAN LAW GROUP, PA | OLDENBURG & STINER, P.C. |
|---|---|
| BY: */s/ Mitchell L. Feldman, Esq.*<br>    Mitchell L. Feldman<br>    Florida Bar No.          0080349<br><br>    *Attorney for Plaintiff*<br><br>    1715 N. Westshore Blvd.<br>    Suite 400<br>    Tampa, FL  33607<br>    Telephone: 813.639.9366<br>    Facsimile: 813.639.9376 | BY: */s/ Gary V. Stiner, Esq.*<br>    Mark D. Oldenburg<br>     Georgia Bar No.          551390<br>    Gary V. Stiner, Jr.<br>     Georgia Bar No.          682559<br><br>    *Attorneys for Defendants*<br><br>    ADDRESS ALL<br>    COMMUNICATIONS TO:<br><br>    Gary V. Stiner, Jr.<br>    2004 Commerce Drive North<br>    Suite 200<br>    Peachtree City, GA  30269<br>    Telephone: 770.632.9500<br>    Facsimile: 770.632.0123<br>    gstiner@oldenburglaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, a copy of the foregoing instrument was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ *Mitchell Feldman*
Mitchell L. Feldman, Esq.
Georgia Bar No. 257791